IN THE SUPREME COURT OF TEXAS

 No. 10-0537

 IN RE TRANSCONTINENTAL REALTY INVESTORS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's unopposed emergency motion for stay, filed July 21,
2010, is granted. Enforcement of the judgment in the underlying case and
the trial court's June 15, 2010 Order on Defendant's Amended Motion to Fix
Amount of Security for Supersedeas in Cause No. 09-05999-B, styled Orix
Capital Markets, LLC v. Transcontinental Realty Investors, Inc., in the
134th District Court of Dallas County, Texas, and the July 6, 2010 order in
Cause No. 05-10-00655-CV, styled Transcontinental Realty Investors, Inc. v.
Orix Capital Markets, LLC, in the Fifth Court of Appeals, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 23, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk